IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MILTON ROBINSON and
BRAZETTA ROBINSON, individually, and as husband and wife,

    Plaintiffs,

v.

UNITED STATES OF AMERICA;
NANCY CLAIRE ROBERT, N.P.;
MARSHA A. COSTELOW, N.P.;
DIANE ADAMS, M.D.;
and JOHN/JANE DOES,

    Defendants.

---

## COMPLAINT AND JURY DEMAND

---

PLAINTIFFS, Milton Robinson and Brazetta Robinson, individually, and as husband and wife, by and through their attorneys, Eric L. Steiner of Gerash Steiner, P.C., and for their Complaint against the United States of America; Nancy Claire Robert, N.P.; Marsha A. Costelow, N.P.; Diane Adams, M.D.; John Does and Jane Does, state and allege the following:

### *CERTIFICATE OF REVIEW*

The undersigned counsel hereby certifies that he has reviewed the facts of this case and has consulted with at least one professional who has expertise in the areas of the conduct alleged in this complaint, who has reviewed the known facts, including such records, documents and other material which the professional has found to be relevant to the allegations of the negligent

conduct, and, based on a review of such facts, has concluded that the filing of the claim does not lack substantial justification within the meaning of C.R.S. §13-17-102(4). Also, the person consulted meets the requirements of C.R.S. §13-64-401 and can demonstrate by competent evidence that, as a result of training, education, knowledge and experience, he or she is competent to express an opinion as to the negligent conduct alleged.

## I. JURISDICTION AND VENUE

1. The United States District Court has exclusive jurisdiction over these claims pursuant to 28 U.S.C. §1346(b) and 28 U.S.C. §§ 2671 through 2680, in that this is an action for money damages for personal injury caused by the negligence and wrongful acts and/or omissions of employees of the United States government between March 21, 2007 and July 19, 2010, while acting within the scope of their employment with the United States, Department of Veterans' Affairs, and for which the United States, if a private person, would be liable to the Plaintiffs for injury according to the laws of the State of Colorado, where the acts and/or omissions occurred.

2. Venue is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. §1402(b) in that Plaintiffs are citizens of the United States, with their domicile and residence in Denver County, Colorado; and, because the acts complained of herein occurred in Colorado.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

3. On December 15, 2010, via certified mail, Mr. Robinson filed an administrative tort claim arising out of the incidents complained of herein with a representative of the United States, Department of Veterans' Affairs, Eastern Colorado HCS.

4. The Department of Veterans Affairs, Office of Regional Counsel, issued a denial of the Administrative Tort Claim on December 20, 2011.

### III. PRELIMINARY ALLEGATIONS

5. At all times relevant hereto, the United States of America was, and still is, responsible for the actions of its employees, and/or agents, and/or persons who are agents of the United States, including, but not limited to, the healthcare providers who treated Mr. Robinson at the Eastern Colorado Health Care System – Denver VA (hereinafter "ESHC") between April 4, 2004 through today.

6. Upon information and belief, at all times relevant hereto, Nancy Claire Robert was a nurse practitioner with the ESHC and its employee.

7. Upon information and belief, at all times relevant hereto, Marsha A. Costelow was a nurse practitioner with the ESHC and its employee.

8. Upon information and belief, at all times relevant hereto, Diane Adams was a physician with the ESHC and its employee.

9. Upon information and belief, at all times relevant hereto, John/Janes Does were medical personnel with the ESHC and its employee, current identity/identities unknown.

10. At all times relevant hereto, Plaintiff Milton Robinson was over 50 years of age.

11. At all times relevant hereto, Plaintiffs Milton Robinson and Brazetta Robinson were husband and wife.

12. Mr. Robinson underwent radiological studies through the ESHC starting prior to April of 2004.

13. At no time earlier than July 19, 2010, including those studies taken in April, 2004 and May of 2007, did any healthcare provider at ESHC follow up on a concerning and abnormal mass in Milton Robinson's kidneys, despite the recommendations of the radiologists.

14. At no time earlier than July 19, 2010, including those studies taken in April of 2004 and May of 2007, did any healthcare provider at ESHC perform a contrasted renal CT scan, a kidney biopsy or ultrasound on Milton Robinson.

15. On July 19, 2010, Milton Robinson presented to the ESHC emergency room with symptoms including left-sided chest pain. The ESHC emergency room physician did not see anything unusual on his chest x-ray and Milton Robinson was discharged home.

16. The following day, the ESHC radiologist reviewed Milton Robinson's chest x-ray and requested that he return for a work up on a concerning mass in his left lung.

17. The chest mass was finally biopsied, which revealed that Milton Robinson is suffering from advanced metastatic renal cell carcinoma with left kidney primary (TNM1-bone), and is in a terminal state.

18. Milton Robinson continues to have metastatic renal cell carcinoma requiring ongoing treatment for his now terminal condition.

19. Milton Robinson's renal cancer could and should have been detected in May 2007 and would have more likely than not been curable.

## IV. FIRST CLAIM FOR RELIEF
(Medical Negligence)

20. The allegations contained in paragraphs 1 through 19 above, are incorporated by referenced.

21. Healthcare providers at the ESHC, including Defendants Nancy Claire Robert, N.P.; Marsha A. Costelow, N.P.; Diane Adams, M.D.; and John/Jane Does had duty to exercise the same level of knowledge and skill that other healthcare providers practicing in the same fields of medicine would have exercised at the same time under the same or similar circumstances.

22. Healthcare providers, including Defendants Nancy Claire Robert, N.P.; Marsha A. Costelow, N.P.; Diane Adams, M.D.; and John/Jane Does, at the ESHC failed to provide proper medical care and treatment to Milton Robinson.

23. Healthcare providers at the ESHC, including Defendants Nancy Claire Robert, N.P.; Marsha A. Costelow, N.P.; Diane Adams, M.D.; and John/Jane Does, failed to timely seek appropriate consultation, assistance and/or intervention from other medical specialists including, but not limited to, radiologists, oncologists and nephrologists to appropriately and accurately provide proper medical care and treatment to Milton Robinson.

24. As a direct and proximate result of that breach of duty, Milton Robinson has suffered, and will continue to suffer, non-economic injuries, including but not limited to: the ongoing development of renal cancer; a reduction in his survival rate; causing him to have an increased number of cancer cells in his body; causing his tumor to grow in size; causing his tumor to metastasize; past, present and future pain and suffering; disfigurement and impairment; and past, present and future severe emotional distress.

25. Additionally, as a direct and proximate result of that breach of duty, Milton Robinson has suffered, and will continue to suffer, economic injuries including, but not limited to: past and future medical expenses and past and future lost household services.

## V. SECOND CLAIM FOR RELIEF
### (Loss of Consortium Pursuant to C.R.S. §13-21-201, et seq.)

26. The allegations contained in paragraphs 1 through 25, above, are incorporated by referenced.

27. As a result of the acts and/or omissions by the defendants as set forth above, Plaintiff Brazetta Robinson has suffered and will continue to suffer in the future damages including, but not limited to, economic and non-economic damages; grief; sorrow; inconvenience; loss of spousal support and earnings; loss of spousal companionship; mental and emotional stress; and impairment of the quality of life.

WHEREFORE, Plaintiffs, Milton Robinson and Brazetta Robinson, pray for damages as set out above in an amount to be determined by the trier of fact; interest as provided by law; costs; expert fees; and for such other relief as the Court deems just and proper.

PLAINTIFFS RESPECTFULLY REQUEST A JURY TRIAL ON ALL ISSUES SO TRIABLE.

Respectfully submitted this 31st day of January, 2012.

                                                    /s/Eric L. Steiner
Eric L. Steiner
GERASH STEINER, P.C.
1775 Sherman Street, Suite 1650
Denver, Colorado 80203
Telephone: (303) 830-0630

ATTORNEYS FOR PLAINTIFFS

Plaintiffs' Address:
3240 Kearney Street
Denver, CO 80201