IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00261-CMA-KLM

MILTON ROBINSON, and
BRAZETTA ROBINSON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [Docket No. 22; Filed October 12, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Scheduling Order entered on June 21, 2012 [#20] is modified to extend the following deadlines:

- Affirmative Expert Designation Deadline    **November 29, 2012**
- Rebuttal Expert Designation Deadline    **January 15, 2013**

Dated: October 15, 2012