IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00261-CMA-KLM

MILTON ROBINSON, and
BRAZITTA ROBINSON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties request that the Court enter an order of dismissal and state therefor the following:

1. The parties have reached a resolution of the claims brought in this case.

2. No matter pending before this Court would preclude dismissal.

3. The parties request that this case be dismissed with prejudice with each party to pay its own fees and costs.

4. The parties request that this Court enter an order of dismissal to reflect closure of this case on the docket.

WHEREFORE the parties respectfully request that the Court enter an order of dismissal with prejudice with each party to pay their own fees and costs.

DATED this _11_ day of February, 2013.

Respectfully submitted,

| GERASH STEINER P.C. | JOHN F. WALSH |
|---|---|
| | United States Attorney |
| s/ *(signature)* | s/ Mark S. Pestal |
| Eric L. Steiner, Esq. | Assistant United States Attorney |
| Daniel P. Gerash, Esq. | 1225 Seventeenth Street, Suite 700 |
| 1775 Sherman Street, Suite 1650 | Denver, Colorado 80202 |
| Denver, Colorado 80203 | (303) 454-0101 |
| (303) 830-0630 | mark.pestal@usdoj.gov |
| eric@gerashsteiner.net | |
| Attorneys for Plaintiffs | Attorneys for the Defendant |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on [handwritten], 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

eric@gerashsteiner.net

s/ Mark S. Pestal<br/>
United States Attorney's Office