**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00261-CMA-KLM

MILTON ROBINSON, and
BRAZETTA ROBINSON, Individually, and as husband and wife,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal (Doc. # 31) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own fees and costs.

DATED: February __13__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge